UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 16 2011

David J. Bradley, Clerk of Court

In Re: §
§
§
Debtor(s). §

Case No. 05-32578-H1-4

## Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $ 1824.13 which was deposited as unclaimed funds on behalf of ___Marcia Watson - Chapter 13___
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 5/11/11

Applicant's Signature  
Applicant's Name: Marcia Watson  
Address: 17231 Dakota Ridge Drive, Houston, TX 77095  
Phone: (832) 259-2510

Subscribed and sworn before me this 11th day of May, 2011

J. Chervenka  
Notary Public  
State of Texas  
My commission expires 08-01-2014

TINA CHERVENKA  
Notary Public, State of Texas  
Commission Expires 08-01-2014

Attachments: 1.  
2.  
3.  
4.  

## Certificate of Service

I certify that on 5/11/11 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney  
P.O. Box 61129  
Houston, TX 77208

U.S. Trustee  
515 Rusk Ave., Ste.3516  
Houston, TX 77002

Other: _____

**Signature**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: MARCIA J. WATSON § CASE NO: 05-32578-H1-4
§
§ ENTERED
§ 01/25/2011
§
DEBTOR(S) § CHAPTER 13

## ORDER

CAME ON FOR CONSIDERATION, the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

ORDERED that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$1,824.13** owed to **REMINGTON MUD #1** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 25th day of January, 2011.

713-250-5653
now TSX. US court. cd.

_____
DEPUTY CLERK

78

016439                              52604016455011

Submit original Application for Payment of Unclaimed Funds and Certificate of Service, Proposed Order for Payment of Unclaimed Funds, and specific claimant entity requirements to the following address:

United States District Court
P.O. Box 61010
Houston, TX 77208

**Claimants must serve a copy all documents to the two additional government agencies listed below:**

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

**Notice must also be served to any other party who may have an interest in the Funds.**

Remington MUD #1
6935 Barney Rd Ste 110
Houston, TX 77092-4443