

ENTERED
06/13/2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: § Case No. 05-32578-H1-13

Marcia J Watson

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __85__) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. __X__ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__ Other: Amount deposited in the name of Remington MUD #1

Signed __6-10-11__.

_____
United States Bankruptcy Judge